1  Elizabeth Rojas, Chapter 13 Trustee
   15060 Ventura Blvd., Suite 240
2  Sherman Oaks, CA 91403
   (818) 933-5700  Fax: (818) 933-5755
3

4                    UNITED STATES BANKRUPTCY COURT
                      CENTRAL DISTRICT OF CALIFORNIA
                      SAN FERNANDO VALLEY DIVISION

6  IN RE:                          )   CHAPTER 13
                                   )   CASE NO. SV10-10814-MT
7  Earl R. Adamson                 )
                                   )   **ORDER DISMISSING CHAPTER 13**
8                                  )   **PETITION DUE TO FAILURE OF**
                                   )   **DEBTOR(S) TO APPEAR AT THE 341(a)**
9                                  )   **MEETING OF CREDITORS AND/OR TO**
                                   )   **MAKE PRE-CONFIRMATION**
10                                 )   **PAYMENTS**
                                   )
11                         DEBTOR  )

12     Notice of the 341(a) meeting of creditors and initial confirmation hearing date having been duly
13  served by the Clerk of the Court, or the Trustee, upon the debtor(s), and the debtor(s) having failed
    appear at the same and/or having failed to make the required pre-confirmation payments, and good cause
14  appearing, it is therefore,

15     ORDERED:

16     1. That all stay and restraining orders arising under 11 U.S.C. 362(a) and 1301 are vacated and
17  dissolved; and

18     2. That the petition herein is dismissed and all pending motions and adversary proceedings in this
    case are moot and dismissed.
19

20

21
                                                        /s/ Maureen Tighe
22  Dated: MAR 19 2010                              _____
                                                    Maureen Tighe
23                                                  U. S. Bankruptcy Judge

| | |
|---|---|
| 1 | Elizabeth Rojas, Chapter 13 Trustee |
| | 15060 Ventura Blvd., Suite 240 |
| 2 | Sherman Oaks, CA 91403 |
| | (818) 933-5700  Fax: (818) 933-5755 |
| 3 | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

IN RE:                                                    )    CHAPTER 13
                                                          )    CASE NO. SV10-10814-MT
Earl R Adamson                                            )
                                                          )
                                                          )    **PROOF OF SERVICE BY MAIL**
                                                          )
                   DEBTOR                                 )
                                                          )

PROOF OF SERVICE

I declare under penalty of perjury that I am over the age of eighteen years and not a party to the within entitled action, I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, 15060 Ventura Blvd., Suite 240, Sherman Oaks, CA 91403, and that on 3/16/2010 I served the following document(s): ORDER DISMISSING CHAPTER 13 PETITION DUE TO FAILURE OF DEBTOR TO APPEAR AND/OR MAKE PRE CONFIRMATION PAYMENTS on all parties in interest listed below, by placing a true copy thereof enclosed in a sealed envelope with postage theron fully prepaid, in the United States Mail addressed as follows:

Earl R Adamson                              Ms. Jennifer Braun
19606 Marlin Pl                             Assistant United States Trustee
Van Nuys, CA 91406                          Department of Justice
                                            21051 Warner Center Lane, #115
                                            Woodland Hills, CA 91367-1367

Executed at Sherman Oaks, California on March 16, 2010.

*Gisele Dorsey* (signature)

Gisele Dorsey

Case No. SV10-10814-MT